# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| BENEDICT THIELEN,<br><br>        Plaintiff,<br><br>v.<br><br>HORIZON CREDIT UNION; and JOHN DOES 1-10,<br><br>        Defendants. | Cause No: 22-cv-0028-BMM<br><br>**ORDER** |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

  IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own attorney fees and costs.

  DATED this 12th day of August, 2022.

                _____
                Brian Morris, Chief District Judge
                United States District Court